```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VERONICA SESSION,                       :
                                        :      10 Civ. 1245 (DLC)
                    Plaintiff,          :
                                        :          ORDER
          -v-                           :
                                        :
BELCOR BUILDERS INC.,                   :
                                        :
                    Defendant.          :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/10

DENISE COTE, District Judge:

Having received a letter from the pro se plaintiff on October 19, 2010 requesting that the October 22 initial pretrial conference be rescheduled and counsel for defendant having no objection to the request, it is hereby

ORDERED that the conference is adjourned to **November 19, 2010** at **2 p.m.** in Courtroom 11B.

Dated:     New York, New York
           October 21, 2010

                                   _____
                                          DENISE COTE
                                   United States District Judge

COPIES MAILED TO:

Veronica Session
123 East 39th Street
Brooklyn, NY 11203

Howard Rosenberg
Kreinces & Rosenberg P.C.
900 Merchants Concourse,
Westbury, NY 11590